United States District Court
Northern District of Illinois

Chinyere U. Nwoke

Plaintiff

v

Countrywide Home Loans, Inc.
Defendant

**FILED**

JAN 04 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**06C 0030**

JUDGE NORGLE

MAGISTRATE JUDGE MASON

Complaint

1. Countrywide intentionally and maliciously made false and misleading representations to the credit bureau from April 2005, destroying plaintiff's financial health.

2. Defendant posted less amount of money than they received from def plaintiff, making false late charges and false threat to foreclose plaintiff's house.

3. Defendant sent unsigned letter to credit bureau in effort to correct error, which is not honored. DEF has refused to correct credit error; to expedite refinancing.

This court has jurisdiction because DEF is based in California, out of state.

I want this court to order DEF to pay PTF $1.5m

Chinyere U Nwoke

CHINYERE U NWOKE
522 ALCOTT LANE
BOLINGBROOK IL 60440